# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM MEZA MONTES,
Appellant,
vs.
BRIAN WILLIAMS, WARDEN; NEVADA
DEPARTMENT OF CORRECTIONS;
AND STATE OF NEVADA,
Respondents.

No. 71364

FILED

JUN 15 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a pro se appeal from a district court order denying appellant William Meza Montes's May 16, 2016, postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Kathy A. Hardcastle, Senior Judge. Montes challenged the computation of time he has served. We affirm.[1]

Montes claimed that the Nevada Department of Corrections is not deducting statutory credits from his minimum sentences pursuant to NRS 209.4465(7)(b). Montes's claim lacks merit. NRS 209.4465(7) begins, "Except as otherwise provided in subsection[ ] 8," and NRS 209.4465(8) specifically excludes offenders convicted of category B felonies from deducting statutory credits from their minimum sentences. Montes's controlling sentence was for a category B felony, *see* NRS 453.3385(1)(b),

---

[1]This appeal has been submitted for decision on the record without briefing or oral argument. NRAP 34(f)(3), (g); *see also* NRAP 31(d)(1); *Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

17-19844

for an offense committed after NRS 209.4465(8)'s effective date. Accordingly, Montes is not entitled to the deduction of credits from his minimum sentences, and we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Chief Judge, The Eighth Judicial District Court
      Hon. Kathy A. Hardcastle, Senior Judge
      William Meza Montes
      Attorney General/Carson City
      Attorney General/Las Vegas
      Eighth District Court Clerk